**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**AMANDA JONES,**

                **Plaintiff,**

      v.                                  5:11 -CV-999
                                            (NAM/VEB)

**CAROLYN W. COLVIN,
Acting Commissioner of Social Security,**

                **Defendant.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| Olinsky Law Group<br>300 S. State Street<br>5th Floor, Suite 520<br>Syracuse, NY 13202<br>*Counsel for Plaintiff* | Howard D. Olinsky, Esq. |
| Social Security Administration<br>Office of the Regional General Counsel<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>*Counsel for Defendant* | Elizabeth D. Rothstein, Esq.<br>Special Assistant U.S. Attorney |

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

### ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 11th day of March 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendant's motion for judgment on the pleadings is denied, that plaintiff's motion for judgment on the pleadings is granted, and that this case is remanded for further administrative proceedings.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 29, 2013
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge